FILED

03/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0572

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0572

_____

SCARLET VAN GARDEREN, a minor by and
through her guardians, Jessica van Garderen and
Ewout van Garderen; JESSICA VAN
GARDEREN, an individual; EWOUT VAN
GARDEREN, an individual; PHOEBE CROSS, a
minor by and through his guardians Molly Cross
and Paul Cross; MOLLY CROSS, an individual;
PAUL CROSS, an individual; JANE DOE, an
individual; JOHN DOE, an individual; JUANITA
HODAX, on behalf of herself and her patients,
KATHERINE MISTRETTA, on behalf of herself
and her patients,

      Plaintiffs and Appellees,

   v.

STATE OF MONTANA; GREGORY
GIANFORTE, in his official capacity as Governor
of the State of Montana; AUSTIN KNUDSEN, in
his official capacity as Attorney General;
MONTANA BOARD OF MEDICAL
EXAMINERS; MONTANA BOARD OF
NURSING; MONTANA DEPARTMENT OF
PUBLIC HEALTH AND HUMAN SERVICES;
CHARLIE BRERETON, in his official capacity as
Director of the Montana Department of Public
Health and Human Services,

      Defendants and Appellants.

_____

O R D E R

Counsel for Appellees has filed an unopposed motion for a 60-day extension of time
to file their response brief, and also move for leave to file an overlength brief.

IT IS HEREBY ORDERED that the motion for overlength brief is GRANTED.
Appellees' brief shall consist of no more than 15, 000 words.

IT IS FURTHER ORDERED that the motion for a 60-day extension to file the response brief is DENIED.  Counsel shall have until April 9, 2024, to file their response brief.

No further extensions will be granted.

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2024